Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____  Chapter ____11____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | MRUCKER INDUSTRIES, INC. |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Blue Diamond Remodeling, Inc. & BDR |
| | Blue Diamond M.E.P. LTD Co. & BD MEP |
| | Exotic Stone Works LLC & ESW |
| | Diamond Millworks LLC & DM |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 0 9 3 8 9 8 9 |

**4. Debtor's address**

**Principal place of business**

237 Benelli Drive
Number       Street

Hutto, TX 78634
City                               State      ZIP Code

Williamson
County

**Mailing address, if different from principal place of business**

Number       Street

P.O. Box

City                               State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                               State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | https://www.bluediamondremodeling.com |

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

Debtor    __MRUCKER INDUSTRIES, INC.__                               Case number *(if known)* _____
         Name

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    2    3    6    1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*

  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY
         District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                     MM / DD / YYYY
         Case number, if known _____

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number (if known)
          Name

| | |
|---|---|
| **11. Why is the case filed in _this district_?** | _Check all that apply:_ <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** _(Check all that apply.)_ <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br><br> What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>      Number     Street <br><br> _____ <br>      City                State   ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>           Contact name _____ <br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | _Check one:_ <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99        ☐ 1,000-5,000      ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000 <br> ☐ 100-199    ☐ 200-999    ☐ 10,001-25,000                              ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                      ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000              ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000            ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million          ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    MRUCKER INDUSTRIES, INC.                                          Case number (if known) _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**      Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/29/2023
              MM/ DD/ YYYY

X  /s/ Maxwell Rucker                                          Maxwell Rucker
Signature of authorized representative of debtor              Printed name

Title           CEO

**18. Signature of attorney**

X         /s/ Robert C Lane                        Date   06/29/2023
Signature of attorney for debtor                           MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number        Street

Houston                                     TX        77036-3369
City                                        State     ZIP Code

(713) 595-8200                              notifications@lanelaw.com
Contact phone                               Email address

24046263                                    TX
Bar number                                  State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
.

2. The following financial data is the latest available information and refers to the debtor's condition on                    .

| | |
|---|---|
| a. Total assets | $1,040,182.18 |
| b. Total debts (including debts listed in 2.c., below) | $1,687,047.15 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐

d. Number of shares of preferred stock
e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business          Residential Remodeling, Construction, Cabinetry, Countertops, Electrical & Plumbing

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

---

**Fill in this information to identify the case:**

Debtor name      MRUCKER INDUSTRIES, INC.

United States Bankruptcy Court for the:

     Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/29/2023 _____
     MM/ DD/ YYYY

**X**   /s/ Maxwell Rucker _____
Signature of individual signing on behalf of debtor

  Maxwell Rucker _____
Printed name

  CEO _____
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | MRUCKER INDUSTRIES, INC. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chase PO Box BOX 78039 Phoenix, AZ 85062 | | Credit Card | | | | $49,013.00 |
| 2 | Chase Cardmember Services PO Box 6294 Carol Stream, IL 60197 | | Credit Card | | | | $47,664.73 |
| 3 | Chris Spene c/o Kaplan Law Firm PLLC 3901 S Lamar Blvd Suite 260 Austin, TX 78704 | | Unpaid Commissions - Blue Diamond Remodeling | Disputed | | | $76,288.68 |
| 4 | Fox Capital Group 65 Broadway Suite 804 New York, NY 10006 | | Merchant Cash Advance - MRucker Industries | Disputed | | | $175,000.00 |
| 5 | Fox Capital Group, Inc. 140 Broadway 4th Floor New York, NY 10005 | | Mercahant Cash Advance - MRucker Industries | Disputed | | | $150,000.00 |
| 6 | Gold Funding Group 262 Albany Avenue Brooklyn, NY 11213 | | Merchant Cash Advance - Blue Diamond MEP LTD Co. | Disputed | | | $43,701.00 |
| 7 | Hardware Resources PO Box 732674 Dallas, TX 75373 | | Tools | | | | $35,266.35 |
| 8 | Home Depot Credit Services PO Box 790345 Saint Louis, MO 63179 | | Credit Card - Blue Diamond Remodeling | | | | $23,872.00 |

| Debtor | MRUCKER INDUSTRIES, INC. | Case number *(if known)* |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Home Depot Credit Services PO Box 790345 Saint Louis, MO 63179 | | Credit Card - Remodel Management | | | | $10,643.00 |
| 10 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Debt is for BDR, DMW, ESW and MEP 2019-2021 | | | | $117,296.08 |
| 11 | IOU Financial 600 TownPark Lane Suite 100 Kennesaw, GA 30144 | | Commercial Loan - Blue Diamond Remodeling | Disputed | | | $150,000.00 |
| 12 | Kapitus LLC 2500 Wilson Boulevard Suite 350 Arlington, VA 22201 | | Merchant Cash Advance - Diamond Millworks | Disputed | | | $113,100.00 |
| 13 | LG Funding LLC 1218 Union St Suite 2 Brooklyn, NY 11225 | | Merchant Cash Advance - Exotic Stone WOrks | Disputed | | | $50,000.00 |
| 14 | NewCo Capital Group 25 Robert Pitt Dr 204 Monsey, NY 10952 | | Merchant Cash Advance - Blue Diamond Remodeling | Disputed | | | $150,000.00 |
| 15 | Protrade Credit PO Box 105525 Atlanta, GA 30348-5525 | | Credit Card - Remodel Management | | | | $37,943.64 |
| 16 | U.S. Small Business Administration 1545 Hawkins Blvd 202 El Paso, TX 79925 | | SBA Loan - Blue Diamond Remodeling | | | | $150,000.00 |
| 17 | U.S. Small Business Administration 1545 Hawkins Blvd 202 El Paso, TX 79925 | | SBA Loan - Blue Diamond MEP Ltd Co. | | | | $51,600.00 |
| 18 | U.S. Small Business Administration 1545 Hawkins Blvd 202 El Paso, TX 79925 | | SBA Loan - Exotic Stone Works, LLC | | | | $19,800.00 |
| 19 | Wex Bank P.O. Box 4337 Carol Stream, IL 60197 | | Invoice - Blue Diamond Remodeling | Disputed | | | $12,399.15 |
| 20 | Winston Water Coller of Austin, Ltd 15605 Tacon Lane Pflugerville, TX 78660 | | Invoice Supplies - Blue Diamond MEP LTD Co. | | | | $13,548.92 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | MRUCKER INDUSTRIES, INC. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.** **Cash on hand** | | | |
| **3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1  Chase Bank | Checking account | 1389 | $32,806.05 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $4,941.97 |
| **4.** **Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |
| **5.** **Total of Part 1** | | | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $37,748.02 |

### Part 2: Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.** **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 | $39,750.00 |

Debtor    __MRUCKER INDUSTRIES, INC.__      Case number *(if known)* _____
      Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

     8.1   __Blue Diamond Remodeling__        $242,751.00

     **Additional Page Total** - *See continuation page for additional entries*      $104,937.00

**9. Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      $387,438.00

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts Receivable**

| 11a. 90 days old or less: | $154,279.93 | - | $0.00 | = ...... ➔ | $154,279.93 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | $8,714.23 | - | $0.00 | = ...... ➔ | $8,714.23 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $162,994.16

---

**Part 4:** Investments

**13. Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:      % of ownership:

    **None**

Debtor    __MRUCKER INDUSTRIES, INC.__                          Case number *(if known)* _____
     Name

---

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17.  Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                  **$0.00**

---

**Part 5:**  Inventory, excluding agriculture assets

---

**18.  Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.  Raw materials**

   **None**

**20.  Work in progress**

   **None**

**21.  Finished goods, including goods held for resale**

   **None**

**22.  Other inventory or supplies**

   **None**

**23.  Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                  **$0.00**

**24.  Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor    __MRUCKER INDUSTRIES, INC._____    Case number *(if known)* _____
          Name

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
  ☑ No. Go to Part 7.
  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**28.  Crops — either planted or harvested**

  **None**

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

  **None**

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

  **None**

**31.  Farm and fishing supplies, chemicals, and feed**

  **None**

**32.  Other farming and fishing-related property not already listed in Part 6**

  **None**

**33.  Total of Part 6**
  Add lines 28 through 32. Copy the total to line 85.                                                        _____$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
  ☑ No
  ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
  ☑ No
  ☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

Debtor   **MRUCKER INDUSTRIES, INC.**     Case number *(if known)* _____
      Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Desks (28)** | **(Unknown)** | | $2,584.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $11,893.00 |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **CNC (Diamond Millworks)** | **(Unknown)** | | $30,000.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $87,500.00 |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.        $131,977.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **MRUCKER INDUSTRIES, INC.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | **2017 Chevrolet G2500 / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $21,183.00 |
| 47.2 | **2017 Chevrolet G2500 / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $18,300.00 |
| 47.3 | **2016 Ford Transit Van / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $11,776.00 |

**Additional Page Total** - *See continuation page for additional entries*  $263,262.00

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | **Dump Trailer / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $4,000.00 |
| 48.1 | **Car Hauler / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $1,500.00 |

**49.** **Aircraft and accessories**

**None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51.** **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.  $320,021.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑No
☐Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑No
☐Yes

**Part 9:** Real Property

**54.** **Does the debtor own or lease any real property?**
☑No. Go to Part 10.
☐Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

Debtor    __MRUCKER INDUSTRIES, INC.__                    Case number *(if known)* _____
          Name

**None**

**56.  Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.        **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:   Intangibles and Intellectual Property**

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**60.  Patents, copyrights, trademarks, and trade secrets**

**None**

**61.  Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1  __https://www.bluediamondremodeling.com__ | (Unknown) | Fair Market Value | $1.00 |

**Additional Page Total** - *See continuation page for additional entries*                    $3.00

**62.  Licenses, franchises, and royalties**

**None**

**63.  Customer lists, mailing lists, or other compilations**

**None**

**64.  Other intangibles, or intellectual property**

**None**

**65.  Goodwill**

**None**

**66.  Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                    $4.00

Debtor      **MRUCKER INDUSTRIES, INC.**                          Case number *(if known)* _____
            Name

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  **Employee Retention Credit** _____      _____ **(Unknown)**
Nature of Claim      **ERC** _____
Amount Requested      **(Unknown)** _____

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    __MRUCKER INDUSTRIES, INC._____    Case number *(if known)* _____
          Name

---

**None**

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                                    $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

Debtor  **MRUCKER INDUSTRIES, INC.**
Name

Case number *(if known)*

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $37,748.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $387,438.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $162,994.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $131,977.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $320,021.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................ | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $4.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $1,040,182.18 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................................. | | $1,040,182.18 |

Debtor  __**MRUCKER INDUSTRIES, INC.**__                    Case number *(if known)* _____
      Name

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | Chase Bank | Checking account | 0225 | $4,093.76 |
| 3.3 | Chase Bank | Checking account | 0233 | $758.08 |
| 3.4 | Chase Bank | Checking account | 0258 | $4.09 |
| 3.5 | Chase Bank | Checking account | 0266 | $86.04 |

| | | | Current value of debtor's interest |
|---|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent - *Continued***

Description, including name of holder of prepayment

| | | Current value of debtor's interest |
|---|---|---|
| 8.2 | Exotic Stone Works | $16,007.00 |
| 8.3 | Diamond Millworks | $11,901.00 |
| 8.4 | Blue Diamond M.E.P. | $77,029.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture - *Continued***

| | | | |
|---|---|---|---|
| 39.2 Chairs (34) | (Unknown) | | $3,143.00 |
| 39.3 Computers (7) | (Unknown) | | $4,800.00 |
| 39.4 Monitors (3) | (Unknown) | | $300.00 |
| 39.5 Filing Cabinets (8) | (Unknown) | | $750.00 |
| 39.6 Tables (2) | (Unknown) | | $1,200.00 |
| 39.7 Phones (4) | (Unknown) | | $600.00 |
| 39.8 Copier (5) | (Unknown) | | $1,100.00 |

**41.** **Office equipment - *Continued***

| | | | |
|---|---|---|---|
| 41.2 Edgebander (Diamond Millworks) | (Unknown) | Fair Market Value | $15,000.00 |
| 41.3 Forklift (Diamond Millworks) | (Unknown) | Fair Market Value | $10,000.00 |
| 41.4 Paint Booth (Diamond Millworks) | (Unknown) | Fair Market Value | $5,000.00 |
| 41.5 Dust Collector (Diamond Millworks) | (Unknown) | Fair Market Value | $2,500.00 |
| 41.6 3 Phase Converter (Diamond Millworks) | (Unknown) | Fair Market Value | $1,000.00 |
| 41.7 Tablesaw (Diamond Millworks) | (Unknown) | Fair Market Value | $1,000.00 |
| 41.8 Bobcat (Blue Diamond Remodeling) | (Unknown) | Fair Market Value | $20,000.00 |
| 41.9 Bridgesaw (Exotic Stone Works) | (Unknown) | Fair Market Value | $15,000.00 |
| 41.10 Compressor (Exotic Stone Works) | (Unknown) | Fair Market Value | $5,000.00 |

Debtor **MRUCKER INDUSTRIES, INC.**
Name

Case number *(if known)* _____

---

| | **Additional Page** |

---

| 41.11 | **Watertank (Exotic Stone Works)** | (Unknown) | Fair Market Value | $3,000.00 |
|---|---|---|---|---|
| 41.12 | **Forklift (Exotic Stone Works)** | (Unknown) | Fair Market Value | $10,000.00 |

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles -** *Continued*

| 47.4 | **2017 Ford F-250 / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $29,764.00 |
|---|---|---|---|---|
| 47.5 | **2017 Ford T-150 Utility Van / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $23,478.00 |
| 47.6 | **2018 Ford T-250 Utility Van / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $18,984.00 |
| 47.7 | **2019 Ford F-350 / Blue Diamond Remodeling** | (Unknown) | Fair Market Value | $59,815.00 |
| 47.8 | **2018 Ford Transit Van / Blue Diamond M.E.P.** | (Unknown) | Fair Market Value | $36,180.00 |
| 47.9 | **2017 Ford Transit Van / Blue Diamond M.E.P.** | (Unknown) | Fair Market Value | $2,400.00 |
| 47.10 | **2013 Ford F-150 / Blue Diamond M.E.P.** | (Unknown) | Fair Market Value | $9,103.00 |
| 47.11 | **2017 Ford T-250 / Blue Diamond M.E.P.** | (Unknown) | Fair Market Value | $42,285.00 |
| 47.12 | **2013 Ford F-350 / Blue Diamond M.E.P.** | (Unknown) | Fair Market Value | $18,602.00 |
| 47.13 | **2012 Chevrolet 1500 / Blue Diamond M.E.P.** | (Unknown) | Fair Market Value | $3,478.00 |
| 47.14 | **2016 GMC Sierra 2500 / Exotic Stone Works** | (Unknown) | Fair Market Value | $19,173.00 |

| **General description** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**61. Internet domain names and websites -** *Continued*

| 61.2 | **www.Diamondmillworks.com** | (Unknown) | | $1.00 |
|---|---|---|---|---|
| 61.3 | **www.Exoticstoneworks.com** | (Unknown) | | $1.00 |
| 61.4 | **www.Bluediamondmep.com** | (Unknown) | | $1.00 |

---

| Fill in this information to identify the case: |
| --- |

Debtor name   MRUCKER INDUSTRIES, INC.

United States Bankruptcy Court for the: _____ Western _____   District of _____ Texas _____
                                                                                              (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>Ally Automotive Financing<br><br>**Creditor's mailing address**<br>Attn Bankruptcy Dept<br>P. O. Box 130424<br>Saint Paul, MN 55113-0004<br><br>**Creditor's email address, if known**<br><br>Date debt was incurred   June 2019<br><br>Last 4 digits of account number   ___ ___ ___ ___<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>2018 Ford Transit Van<br><br>**Describe the lien**<br>2018 Ford T-250<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,841.08 | $36,180.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $1,225,920.23

Debtor    MRUCKER INDUSTRIES, INC.          Case number (if known) _____

       Name

| **Part 1:** | Additional Page | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59

Kingwood, TX 77339

**Creditor's email address, if known**

_____

**Date debt was incurred**      March 2020

**Last 4 digits of account number**    \_\_ \_\_ \_\_ \_\_

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

CNC (Diamond Millworks), Edgebander (Diamond Millworks)

**Describe the lien**

Equipment Loan - CNC and Edge

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $44,005.47

Column B: $45,000.00

Debtor  MRUCKER INDUSTRIES, INC.
      Name

Case number (if known) _____

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:**    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

CIT Bank

**Creditor's mailing address**

155 Commerce Way

Portsmouth, NH 03801-3243

**Creditor's email address, if known**

_____

| **Date debt was incurred** | December 2021 |
|---|---|

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.   Specify each creditor, including this creditor, and its relative priority.

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Ford Transit Van

**Describe the lien**

2016 Ford Transit Van

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $12,675.56

Column B: $11,776.00

Debtor   MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

CIT Bank

**Creditor's mailing address**

155 Commerce Way

Portsmouth, NH 03801-3243

**Creditor's email address, if known**

_____

| Date debt was incurred | December 2021 |
|---|---|

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**                          $17,946.34          $21,183.00

2017 Chevrolet G2500

**Describe the lien**

2017 Chevrolet G2500

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  MRUCKER INDUSTRIES, INC.
          Name
                                        Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

CIT Bank

**Creditor's mailing address**

155 Commerce Way

Portsmouth, NH 03801-3243

**Creditor's email address, if known**

_____

| Date debt was incurred | December 2021 |
|---|---|

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Chevrolet G2500

**Describe the lien**

2017 Chevrolet G2500

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,264.03      $18,300.00

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
          Name

---

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

CIT Bank Direct Capital

**Creditor's mailing address**

155 Commerce Way

Portsmouth, NH 03801

**Creditor's email address, if known**

_____

**Date debt was incurred**          August 2020

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Ford T-150 Utility Van, 2018 Ford T-250 Utility Van

**Describe the lien**

2017 Ford T-150 Utility Van and 2018 Ford T-250 Utility Van

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $23,180.22

Column B: $42,462.00

---

Debtor  MRUCKER INDUSTRIES, INC.                    Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

Fox Capital Group

**Creditor's mailing address**

65 Broadway Suite 804

New York, NY 10006

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Merchant Cash Advance - MRucker Industries

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$175,000.00        unknown

Debtor  MRUCKER INDUSTRIES, INC.                     Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

Fox Capital Group, Inc.

**Creditor's mailing address**

140 Broadway 4th Floor

New York, NY 10005

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

Mercahant Cash Advance - MRucker Industries

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$150,000.00      unknown

Debtor    MRUCKER INDUSTRIES, INC.                                        Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9  Creditor's name**

Gold Funding Group

$43,701.00     unknown

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

262 Albany Avenue

Brooklyn, NY 11213

**Describe the lien**

Merchant Cash Advance - Blue Diamond MEP LTD Co.

**Creditor's email address, if known**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:   Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10  Creditor's name**

IOU Financial

**Describe debtor's property that is subject to a lien**                    $150,000.00          unknown

**Creditor's mailing address**

600 TownPark Lane Suite 100

Kennesaw, GA 30144

**Describe the lien**

Commercial Loan - Blue Diamond Remodeling

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    _____

**Last 4 digits of account number**    4  4  3  9

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
          Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.11** **Creditor's name**

Kapitus LLC

**Describe debtor's property that is subject to a lien**

$113,100.00          unknown

**Creditor's mailing address**

2500 Wilson Boulevard Suite 350

Arlington, VA 22201

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Describe the lien**

Merchant Cash Advance - Diamond Millworks

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   MRUCKER INDUSTRIES, INC.                                    Case number (if known)
_____                   _____
         Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12  Creditor's name**

LG Funding LLC

**Creditor's mailing address**

1218 Union St Suite 2

Brooklyn, NY 11225

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Merchant Cash Advance - Exotic Stone WOrks

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: $50,000.00  
Column B: unknown

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

M2 Equipment Finance

**Creditor's mailing address**

175 N Patrick Blvd Ste. 140

Brookfield, WI 53045-5819

**Creditor's email address, if known**

_____

**Date debt was incurred**          March 2019

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**          $2,955.64          $3,000.00

Watertank (Exotic Stone Works)

**Describe the lien**

Water Tank

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    MRUCKER INDUSTRIES, INC.                                      Case number (if known) _____

      Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14  Creditor's name**

M2 Equipment Finance

**Creditor's mailing address**

175 N Patrick Blvd Ste. 140

Brookfield, WI 53045-5819

**Creditor's email address, if known**

_____

**Date debt was incurred**     September 2020

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Dump Trailer

**Describe the lien**

Dump Trailer

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,737.29          $4,000.00

Debtor    MRUCKER INDUSTRIES, INC.                                      Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** **Creditor's name**

M2 Equipment Finance

**Creditor's mailing address**

175 N Patrick Blvd Ste. 140

Brookfield, WI 53045-5819

**Creditor's email address, if known**

_____

| **Date debt was incurred** | September 2020 |
|---|---|

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bocat (Blue Diamond Remodeling)

**Describe the lien**

Bobcat

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$11,198.16        $20,000.00

Debtor  MRUCKER INDUSTRIES, INC.          Case number (if known) _____
         Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.16** **Creditor's name**

NewCo Capital Group

**Describe debtor's property that is subject to a lien**

| $150,000.00 | unknown |

**Creditor's mailing address**

25 Robert Pitt Dr 204

Monsey, NY 10952

**Describe the lien**

Merchant Cash Advance - Blue Diamond Remodeling

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   MRUCKER INDUSTRIES, INC.                                     Case number (if known) _____
         Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.17 Creditor's name**

Stearns Bank Leasing

**Creditor's mailing address**

PO Box 750

500 13th Street

Albany, MN 56307

**Creditor's email address, if known**

_____

**Date debt was incurred**     February 2019

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bridgesaw (Exotic Stone Works)

**Describe the lien**

Bridgesaw

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $8,433.50

Column B: $15,000.00

Debtor  MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
         _____
         Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.18** **Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

1545 Hawkins Blvd 202

El Paso, TX 79925

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of**    7  4  0  3
**account**
**number**

**Do multiple creditors have an interest
in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

    _____

  ☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a
lien**

_____

_____

_____

**Describe the lien**

SBA Loan - Blue Diamond Remodeling

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$150,000.00          unknown

Debtor    MRUCKER INDUSTRIES, INC.                                        Case number (if known) _____
             Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19**

**Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

1545 Hawkins Blvd 202

El Paso, TX 79925

**Creditor's email address, if known**

_____

**Date debt was incurred**         _____

**Last 4 digits of account number**        7  4  0  2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

SBA Loan - Exotic Stone Works, LLC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $19,800.00

Column B: unknown

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
      Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.20  Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

1545 Hawkins Blvd 202

El Paso, TX 79925

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    7  8  0  5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $51,600.00    unknown

_____

_____

_____

**Describe the lien**

SBA Loan - Blue Diamond MEP Ltd Co.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
_____
Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.21 Creditor's name**

Wells Fargo Auto Finance

**Creditor's mailing address**

Bankruptcy Dept

1100 Corporate Center Dr. Bldg. A FL 03

Raleigh, NC 27607

**Creditor's email address, if known**

**Date debt was incurred**        July 2019

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Ford F-150

**Describe the lien**

2013 Ford F-150

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$7,305.16       $9,103.00

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number (if known)
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.22 Creditor's name**

Wells Fargo Auto Finance

**Creditor's mailing address**

Bankruptcy Dept

1100 Corporate Center Dr. Bldg. A FL 03

Raleigh, NC 27607

**Creditor's email address, if known**

**Date debt was incurred**   December 2019

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**      $10,537.19      $18,602.00

2013 Ford F-350

**Describe the lien**

Equipment Loan - 2013 Ford F-350

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  MRUCKER INDUSTRIES, INC.
      Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | | |

**2.23** | **Creditor's name**

Wells Fargo Auto Finance

**Creditor's mailing address**

Bankruptcy Dept

1100 Corporate Center Dr. Bldg. A
FL 03

Raleigh, NC 27607

**Creditor's email address, if known**

_____

**Date debt was incurred**  August 2019

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Ford T-250

**Describe the lien**

2017 Ford T-250

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $9,639.59

Column B: $42,285.00

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number (if known) _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Aubrey Thrasher, LLC <br> 1170 Peachtree Street Suite 1925 <br> Atlanta, GA 30309 | Line 2. 10 | __ __ __ __ |
| Bouskila, Ariel <br> 80 Broad Street Suite 3303 <br> New York, NY 10004 | Line 2. 16 | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |
|  | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ MRUCKER INDUSTRIES, INC. _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** 

Priority creditor's name and mailing address

Chris Spene

c/o Kaplan Law Firm PLLC

3901 S Lamar Blvd Suite 260

Austin, TX 78704

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:

Unpaid Commissions - Blue Diamond Remodeling

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$76,288.68**   Priority amount: **$76,288.68**

**2.2** 

Priority creditor's name and mailing address

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Debt is for BDR, DMW, ESW and MEP 2019-2021

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$117,296.08**   Priority amount: **$117,296.08**

Debtor  **MRUCKER INDUSTRIES, INC.**
   Name
                     Case number *(if known)*

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1** Nonpriority creditor's name and mailing address

AmSher Collection Services, Inc.

4524 Southlake Parkway Suite 15

Birmingham, AL 35244

Date or dates debt was incurred _____

Last 4 digits of account number   3   9   2   8

Remarks: Collection for T-Mobile

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Collections**

Is the claim subject to offset?
☑ No
☐ Yes

$1,333.62

---

**3.2** Nonpriority creditor's name and mailing address

AmSher Collection Services, Inc.

4524 Southlake Parkway Suite 15

Birmingham, AL 35244

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

TMobile Bill - Blue
Basis for the claim: **Diamond Remodeling**

Is the claim subject to offset?
☑ No
☐ Yes

$1,333.62

---

**3.3** Nonpriority creditor's name and mailing address

Bellissimo Cabinet Doors

125 Holmes Rd #5

Liberty Hill, TX 78642

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$9,888.25

---

**3.4** Nonpriority creditor's name and mailing address

Chase

PO Box BOX 78039

Phoenix, AZ 85062

Date or dates debt was incurred _____

Last 4 digits of account number   0   0   0   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$49,013.00

---

Debtor   **MRUCKER INDUSTRIES, INC.**

Name

Case number *(if known)*

---

<span style="background:black;color:white">**Part 2:**</span> Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

Chase Cardmember Services

PO Box 6294

Carol Stream, IL 60197

Date or dates debt was incurred

Last 4 digits of account number   5  4  0  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$47,664.73

---

**3.6** Nonpriority creditor's name and mailing address

Chase National Payment Services

PO Box 182223 Mail Code: OH1-1272

Columbus, OH 43218

Date or dates debt was incurred

Last 4 digits of account number   3  3  5  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Credit Card - Diamond
Basis for the claim:  Millworks LLC

Is the claim subject to offset?
☑ No
☐ Yes

$1,907.71

---

**3.7** Nonpriority creditor's name and mailing address

Cook Industries

1214 Northpoint Drive

San Marcos, TX 78666

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tools

Is the claim subject to offset?
☑ No
☐ Yes

$1,203.35

---

**3.8** Nonpriority creditor's name and mailing address

Elliott Electric Supply

300 East New Hope Road

Cedar Park, TX 78613

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Supplies - Blue Diamond
Basis for the claim:  MEP

Is the claim subject to offset?
☑ No
☐ Yes

$5,088.83

---

Debtor  **MRUCKER INDUSTRIES, INC.**               Case number *(if known)* _____
           Name

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.9** Nonpriority creditor's name and mailing address

Gruene Environmental Services LLC

1659 W State Highway 46 Ste 115 #411

New Braunfels, TX 78132

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $3,058.34
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Invoice - Diamond**
**Millworks**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Hardware Resources

PO Box 732674

Dallas, TX 75373

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $35,266.35
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Tools**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Home Depot Credit Services

PO Box 790345

Saint Louis, MO 63179

Date or dates debt was incurred  _____

Last 4 digits of account number  2  2  7  5

As of the petition filing date, the claim is:  $23,872.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card - Blue**
**Diamond Remodeling**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Home Depot Credit Services

PO Box 790345

Saint Louis, MO 63179

Date or dates debt was incurred  _____

Last 4 digits of account number  5  3  8  8

As of the petition filing date, the claim is:  $10,643.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card - Remodel**
**Management**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **MRUCKER INDUSTRIES, INC.**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Konica Minolta Business Solutions**

**Dept LA 22988**

**Pasadena, CA 91185**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Phone System - Blue**
Basis for the claim: **Diamond Remodeling**

Is the claim subject to offset?
☑ No
☐ Yes

$1,622.00

---

**3.14** Nonpriority creditor's name and mailing address

**Nitel, LLC**

**350 N. Orleans Street Sutie 1300N**

**Chicago, IL 60654**

Date or dates debt was incurred

Last 4 digits of account number **2 0 1 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,147.81

---

**3.15** Nonpriority creditor's name and mailing address

**Nitel, LLC**

**350 N. Orleans Street Sutie 1300N**

**Chicago, IL 60654**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,147.81

---

**3.16** Nonpriority creditor's name and mailing address

**Phoebe Robinson**

**c/o Espinoza Law Firm PLLC**

**10202 Heritage Blvd**

**San Antonio, TX 78216**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Employment Injuries**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor  **MRUCKER INDUSTRIES, INC.**
　　　　Name

Case number *(if known)*

---

**Part 2:**　Additional Page

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,460.03 |

**PNC Bank**

**PO Box 71335**

**Philadelphia, PA 19176-1335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Credit Card - Remodel**
Basis for the claim:  **Management**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,943.64 |

**Protrade Credit**

**PO Box 105525**

**Atlanta, GA 30348-5525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Credit Card - Remodel**
Basis for the claim:  **Management**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,399.15 |

**Wex Bank**

**P.O. Box 4337**

**Carol Stream, IL 60197**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Invoice - Blue Diamond**
Basis for the claim:  **Remodeling**

Date or dates debt was incurred _____

Last 4 digits of account number  5  7  8  8

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,548.92 |

**Winston Water Coller of Austin, Ltd**

**15605 Tacon Lane**

**Pflugerville, TX 78660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Invoice Supplies - Blue**
Basis for the claim:  **Diamond MEP LTD Co.**

Date or dates debt was incurred _____

Last 4 digits of account number  5  3  2  6

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  __**MRUCKER INDUSTRIES, INC.**__  Case number *(if known)* _____
    Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | __$193,584.76__ |
| 5b. **Total claims from Part 2** | 5b. **+** | __$267,542.16__ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$461,126.92__ |

Fill in this information to identify the case:

Debtor name        MRUCKER INDUSTRIES, INC.

United States Bankruptcy Court for the:

       Western District of Texas

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.**    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 237 Benelli Lease |  Anshul Jain, et al. |
| | | Contract to be ASSUMED | 3810 Brushy Creek Road Unit 52 |
| | State the term remaining | 57 months | Cedar Park, TX 78613 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **MRUCKER INDUSTRIES, INC.**

United States Bankruptcy Court for the:    **Western**    District of    **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   Blue Diamond M.E.P. | 237 Benelli Drive<br>Street<br><br>Hutto, TX 78634<br>City    State    ZIP Code | Wells Fargo Auto Finance | ☑ D<br>☐ E/F<br>☐ G |
| | | Wells Fargo Auto Finance | ☑ D<br>☐ E/F<br>☐ G |
| | | Wells Fargo Auto Finance | ☑ D<br>☐ E/F<br>☐ G |
| | | Fox Capital Group | ☑ D<br>☐ E/F<br>☐ G |
| | | Fox Capital Group, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | Gold Funding Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.2   Blue Diamond Remodeling | 237 Benelli Drive<br>Street<br><br>Hutto, TX 78634<br>City    State    ZIP Code | CIT Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | CIT Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | CIT Bank | ☑ D<br>☐ E/F<br>☐ G |

Debtor  __MRUCKER INDUSTRIES, INC.__     Case number (if known) _____
    Name

| ■ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | M2 Equipment Finance | ☑ D  ☐ E/F  ☐ G |
| | | | M2 Equipment Finance | ☑ D  ☐ E/F  ☐ G |
| | | | CIT Bank Direct Capital | ☑ D  ☐ E/F  ☐ G |
| | | | NewCo Capital Group | ☑ D  ☐ E/F  ☐ G |
| | | | Fox Capital Group | ☑ D  ☐ E/F  ☐ G |
| | | | Fox Capital Group, Inc. | ☑ D  ☐ E/F  ☐ G |
| | | | IOU Financial | ☑ D  ☐ E/F  ☐ G |
| | | | LG Funding LLC | ☑ D  ☐ E/F  ☐ G |
| 2.3 | Diamond Millworks | 237 Benelli Drive <br> Street <br><br> Hutto, TX 78634 <br> City  State  ZIP Code | Fox Capital Group | ☑ D  ☐ E/F  ☐ G |
| | | | Fox Capital Group, Inc. | ☑ D  ☐ E/F  ☐ G |
| | | | Kapitus LLC | ☑ D  ☐ E/F  ☐ G |
| 2.4 | Exotic Stoneworks | 237 Benelli Drive <br> Street <br><br> Hutto, TX 78634 <br> City  State  ZIP Code | M2 Equipment Finance | ☑ D  ☐ E/F  ☐ G |
| | | | Stearns Bank Leasing | ☑ D  ☐ E/F  ☐ G |
| | | | NewCo Capital Group | ☑ D  ☐ E/F  ☐ G |

| Debtor | MRUCKER INDUSTRIES, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | Fox Capital Group | ☑ D ☐ E/F ☐ G |
| | | | Fox Capital Group, Inc. | ☑ D ☐ E/F ☐ G |
| | | | LG Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.5 | Orange Monkey Motors, LLC | 237 Benelli Drive<br>Street<br><br>Hutto, TX 78634<br>City          State          ZIP Code | NewCo Capital Group | ☑ D ☐ E/F ☐ G |
| 2.6 | Remodel Management LLC | 1151 Provident Ln Ste A<br>Street<br><br>Round Rock, TX 78664<br>City          State          ZIP Code | NewCo Capital Group | ☑ D ☐ E/F ☐ G |
| 2.7 | Rucker, Maxwell | 237 Benelli Drive<br>Street<br><br>Hutto, TX 78634<br>City          State          ZIP Code | NewCo Capital Group | ☑ D ☐ E/F ☐ G |
| | | | Fox Capital Group | ☑ D ☐ E/F ☐ G |
| | | | Fox Capital Group, Inc. | ☑ D ☐ E/F ☐ G |
| | | | Gold Funding Group | ☑ D ☐ E/F ☐ G |
| | | | LG Funding LLC | ☑ D ☐ E/F ☐ G |
| | | | Kapitus LLC | ☑ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
|---|
| Debtor name          MRUCKER INDUSTRIES, INC. |
| United States Bankruptcy Court for the: |
| Western District of Texas |
| Case number (if known): _____   Chapter ___11___ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................

   | $1,040,182.18 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................

   | $1,040,182.18 |
   |---|

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $1,225,920.23 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   | $193,584.76 |
   |---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

   | + $267,542.16 |
   |---|

4. **Total liabilities**...................................................................................................................
   Lines 2 + 3a + 3b

   | $1,687,047.15 |
   |---|

**Fill in this information to identify the case:**

Debtor name      MRUCKER INDUSTRIES, INC.

United States Bankruptcy Court for the:

     Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,375,098.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $6,231,044.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,488,981.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor    MRUCKER INDUSTRIES, INC.                                    Case number *(if known)*
          Name

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Ally Automotive Financing <br> Creditor's name <br> P. O. Box 130424 <br> Street <br> Attn Bankruptcy Dept <br> Saint Paul, MN 55113-0004 <br> City          State     ZIP Code | 3/20/2023 <br> 4/4/2023 <br> 4/18/2023 <br> 5/2/2023 <br> 5/18/2023 <br> 6/2/2023 <br> 6/5/2023 | $5,177.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. Ascentium Capital <br> Creditor's name <br> 23970 US-59 <br> Street <br> <br> Kingwood, TX 77339 <br> City          State     ZIP Code | 3/27/2023 <br> 4/25/2023 <br> 5/25/2023 | $6,915.15 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. CIT Bank Direct Capital <br> Creditor's name <br> 155 Commerce Way <br> Street <br> <br> Portsmouth, NH 03801 <br> City          State     ZIP Code | 3/21/2023 <br> 3/27/2023 <br> 4/17/2023 <br> 4/25/2023 <br> 5/15/2023 <br> 5/25/2023 <br> 6/15/2023 | $14,968.24 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.4. Ford Motor Credit <br> Creditor's name <br> Po Box 650574 <br> Street <br> <br> Dallas, TX 75265-0575 <br> City          State     ZIP Code | 5/17/2023 <br> 6/16/2023 | $3,765.35 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor MRUCKER INDUSTRIES, INC.  
    Name

Case number *(if known)*

| 3.5. | M2 Equipment Finance | 3/22/2023 | $1,886.43 | ☑ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 175 N Patrick Blvd Ste. 140 | 4/24/2023 | | ☐ Suppliers or vendors |
| | Street | 5/22/2023 | | ☐ Services |
| | | | | ☐ Other _____ |
| | Brookfield, WI 53045-5819 | 6/12/2023 | | |
| | City     State     ZIP Code | 6/12/2023 | | |

| 3.6. | U.S. Small Business Administration | 4/14/2023 | $1,080.00 | ☑ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 1545 Hawkins Blvd 202 | 4/14/2023 | | ☐ Suppliers or vendors |
| | Street | 4/14/2023 | | ☐ Services |
| | | | | ☐ Other _____ |
| | El Paso, TX 79925 | | | |
| | City     State     ZIP Code | | | |

| 3.7. | Stearns Bank | 4/3/2023 | $3,602.73 | ☑ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 500 13th Street | 5/2/2023 | | ☐ Suppliers or vendors |
| | Street | 6/1/2023 | | ☐ Services |
| | PO Box 750 | | | ☐ Other _____ |
| | Albany, MN 56307 | | | |
| | City     State     ZIP Code | | | |

| 3.8. | Wells Fargo Auto Finance | 4/5/2023 | $4,510.28 | ☑ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | P.O. Box 54180 | 4/10/2023 | | ☐ Suppliers or vendors |
| | Street | 4/19/2023 | | ☐ Services |
| | Bankruptcy Dept | | | ☐ Other _____ |
| | Los Angeles, CA 90054-0180 | 4/28/2023 | | |
| | City     State     ZIP Code | 5/8/2023 | | |
| | | 5/19/2023 | | |
| | | 5/30/2023 | | |
| | | 6/8/2023 | | |

---

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Debtor  MIRUCKER INDUSTRIES, INC.                                    Case number (*if known*)
_____
Name

| 4.1. | Maxwell Rucker | 4/27/2023 | $72,940.00 | Owner Payments - Payments are from |
|---|---|---|---|---|
| | Creditor's name | | | 6/30/2022 through 4/27/2023 |
| | 1002 Cedar Falls Street | | | |
| | Street | | | |
| | | | | |
| | Round Rock, TX 78681 | | | |
| | City            State     ZIP Code | | | |

| Relationship to debtor |
|---|
| Owner/CEO |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City            State     ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City            State     ZIP Code | | | |

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor    MIRUCKER INDUSTRIES, INC.                                    Case number *(if known)*
_____
          Name

| 7.1. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | NewCo Capital Group VI LLC vs Blue Diamond Remodeling Inc | MCA Debt | Supreme Court of the State Of New York County of Ontario<br>Name<br>27 N Main St<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 135029-2023 | | Canandaigua, NY 14424-1447<br>City    State    ZIP Code | |

| 7.2. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Fox Capital Group, Inc. | MCA Debt | Williamson County District Court<br>Name<br>405 Martin Luther King Jr Street<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 23-0160-C395 | | Georgetown, TX 78626<br>City    State    ZIP Code | |

| 7.3. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Kapitus Servicing, INc vs Diamond Millworks LLC | MCA Debt | Hanover Circuit Court<br>Name<br>7530 County Complex Road<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | | | Hanover, VA 23069<br>City    State    ZIP Code | |

| 7.4. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Phoebe Robinson vs Blue Diamond Remodeling Inc | | Hays County District Court<br>Name<br>712 S Stagecoach Trail<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 23-0412 | | San Marcos, TX 78666<br>City    State    ZIP Code | |

| 7.5. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Chris Spene vs Blue Diamond Remodeling Inc | Unpaid Commissions | Williamson County District Court<br>Name<br>405 Martin Luther King Jr Street<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 23-0753-C26 | | Georgetown, TX 78626<br>City    State    ZIP Code | |

| 7.6. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | IOU Central Inc vs Blue Diamond Remodeling Inc | MCA Debt | Superior Court of Cobb County<br>Name<br>30 Waddell Street<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 23103604 | | Marietta, GA 30090<br>City    State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  MRUCKER INDUSTRIES, INC.

Name

Case number *(if known)*

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

| | Case number | Street |
|---|---|---|

City          State     ZIP Code

| | Date of order or assignment | City          State     ZIP Code |
|---|---|---|

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

| Recipient's relationship to debtor |
|---|

---

## Part 5:  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

## Part 6:  Certain Payments or Transfers

**11.**  Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

MIRUCKER INDUSTRIES, INC.                                            Case number (if known)
        Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | Attorney's Fee | 04/07/2023 | $7,500.00 |
| | **Address** | Attorney's Fee | 04/14/2023 | $7,500.00 |
| | 6200 Savoy Dr Ste 1150 Street | Attorney's Fee | 04/21/2023 | $7,500.00 |
| | | Attorney's Fee | 04/28/2023 | $7,500.00 |
| | Houston, TX 77036-3369 City          State      ZIP Code | Attorney's Fee | 05/05/2023 | $7,500.00 |
| | **Email or website address** | Attorney's Fee and Expenses | 05/12/2023 | $7,500.00 |
| | billing@lanelaw.com | Attorney's Fee | 04/05/2023 | $7,500.00 |
| | **Who made the payment, if not debtor?** | Attorney's Fee | 04/05/2023 | $7,500.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor  MRUCKER INDUSTRIES, INC.                                          Case number *(if known)*
        Name

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
| --- | --- |

14.1. <u>1151 Provident Lane</u>                          From  <u>8/2017</u>    To  <u>05/2022</u>
      Street

      <u>Round Rock, TX 78664</u>
      City                    State    ZIP Code

14.1. <u>18 Indian Meadows</u>                            From  <u>7/2018</u>    To  <u>05/2022</u>
      Street

      <u>Round Rock, TX 78665</u>
      City                    State    ZIP Code

14.1. <u>206 Carlos Parker Blvd Southeast</u>              From  <u>01/2014</u>   To  <u>05/2022</u>
      Street

      <u>Taylor, TX 76574</u>
      City                    State    ZIP Code

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. _____<br>Facility name | | |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State     ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

Debtor  MRUCKER INDUSTRIES, INC.                                    Case number (if known)
_____
Name

☑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City          State      ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City          State      ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

Debtor MRUCKER INDUSTRIES, INC.     Case number (if known)

Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City    State    ZIP Code | | |

---

Debtor   MIRUCKER INDUSTRIES, INC.                          Case number (if known)
         Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City        State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

23-10458-smr  Doc#1  Filed 06/29/23  Entered 06/29/23 07:43:17  Main Document  Pg 71 of 82

| Name and address | Dates of service |
|---|---|
| 26a.1. Diana Huerta | From 07/06/2021   To _____ |
| Name | |
| 5519 Tierra Alta Cir | |
| Street | |
| | |
| Del Valle, TX 78617 | |
| City                State           ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. Aubrey Rucker | From 01/01/2020   To _____ |
| Name | |
| 237 Benelli Drive | |
| Street | |
| | |
| Hutto, TX 78634 | |
| City                State           ZIP Code | |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____   To _____ |
| Name | |
| Street | |
| | |
| City                State           ZIP Code | |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City                State           ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                State           ZIP Code |

Debtor MRUCKER INDUSTRIES, INC. _____ Case number *(if known)* _____
     Name

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
     Name

_____
Street

_____

_____
City         State     ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Maxwell Rucker | 1002 Cedar Falls Street Round Rock, TX 78681 | CEO, Owner | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ , | From _____  <br> To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Maxwell Rucker <br> Name <br> 1002 Cedar Falls Street <br> Street <br><br> Round Rock, TX 78681 <br> City  State  ZIP Code | 6/30/2022 - 4/27/2023 = $72,940.00 | 4/27/2023 | Owner/CEO Payments |

| Relationship to debtor |
|---|
| Owner |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/29/2023_____
               MM/  DD/  YYYY

**X** /s/ Maxwell Rucker _____          Printed name _____Maxwell Rucker_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____CEO_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**    MRUCKER INDUSTRIES, INC.

Case No. _____

**Debtor**                         Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................... $52,500.00

Prior to the filing of this statement I have received ................................................................... $52,500.00

Balance Due ................................................................................................................... $0.00

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/29/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

ALLY AUTOMOTIVE
FINANCING
ATTN BANKRUPTCY DEPT
P. O. BOX 130424
SAINT PAUL, MN 55113-0004


AMSHER COLLECTION
SERVICES, INC.
4524 SOUTHLAKE PARKWAY SUITE 15
BIRMINGHAM, AL 35244


ANSHUL JAIN, ET AL.
3810 BRUSHY CREEK ROAD UNIT 52
CEDAR PARK, TX 78613


ASCENTIUM CAPITAL
23970 US-59
KINGWOOD, TX 77339


AUBREY THRASHER, LLC
1170 PEACHTREE STREET SUITE 1925
ATLANTA, GA 30309


BELLISSIMO CABINET DOORS
125 HOLMES RD #5
LIBERTY HILL, TX 78642


BLUE DIAMOND M.E.P.
237 BENELLI DRIVE
HUTTO, TX 78634


BLUE DIAMOND REMODELING
237 BENELLI DRIVE
HUTTO, TX 78634

ARIEL BOUSKILA
80 BROAD STREET SUITE 3303
NEW YORK, NY 10004


CHASE
PO BOX BOX 78039
PHOENIX, AZ 85062


CHASE CARDMEMBER
SERVICES
PO BOX 6294
CAROL STREAM, IL 60197


CHASE NATIONAL PAYMENT
SERVICES
PO BOX 182223 MAIL CODE: OH1-1272
COLUMBUS, OH 43218


CHRIS SPENE
C/O KAPLAN LAW FIRM PLLC
3901 S LAMAR BLVD SUITE 260
AUSTIN, TX 78704


CIT BANK
155 COMMERCE WAY
PORTSMOUTH, NH 03801-3243


CIT BANK DIRECT CAPITAL
155 COMMERCE WAY
PORTSMOUTH, NH 03801


COOK INDUSTRIES
1214 NORTHPOINT DRIVE
SAN MARCOS, TX 78666

DIAMOND MILLWORKS
237 BENELLI DRIVE
HUTTO, TX 78634


ELLIOTT ELECTRIC SUPPLY
300 EAST NEW HOPE ROAD
CEDAR PARK, TX 78613


EXOTIC STONEWORKS
237 BENELLI DRIVE
HUTTO, TX 78634


FOX CAPITAL GROUP
65 BROADWAY SUITE 804
NEW YORK, NY 10006


FOX CAPITAL GROUP, INC.
140 BROADWAY 4TH FLOOR
NEW YORK, NY 10005


GOLD FUNDING GROUP
262 ALBANY AVENUE
BROOKLYN, NY 11213


GRUENE ENVIRONMENTAL
SERVICES LLC
1659 W STATE HIGHWAY 46 STE 115
#411
NEW BRAUNFELS, TX 78132

HARDWARE RESOURCES
PO BOX 732674
DALLAS, TX 75373

HOME DEPOT CREDIT
SERVICES
PO BOX 790345
SAINT LOUIS, MO 63179


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


IOU FINANCIAL
600 TOWNPARK LANE SUITE 100
KENNESAW, GA 30144


KAPITUS LLC
2500 WILSON BOULEVARD SUITE 350
ARLINGTON, VA 22201


KONICA MINOLTA BUSINESS
SOLUTIONS
DEPT LA 22988
PASADENA, CA 91185


LG FUNDING LLC
1218 UNION ST SUITE 2
BROOKLYN, NY 11225


M2 EQUIPMENT FINANCE
175 N PATRICK BLVD STE. 140
BROOKFIELD, WI 53045-5819


MRUCKER INDUSTRIES, INC.
237 BENELLI DRIVE
HUTTO, TX 78634

NEWCO CAPITAL GROUP
25 ROBERT PITT DR 204
MONSEY, NY 10952


NITEL, LLC
350 N. ORLEANS STREET SUTIE 1300N
CHICAGO, IL 60654


ORANGE MONKEY MOTORS,
LLC
237 BENELLI DRIVE
HUTTO, TX 78634


PHOEBE ROBINSON
C/O ESPINOZA LAW FIRM PLLC
10202 HERITAGE BLVD
SAN ANTONIO, TX 78216


PNC BANK
PO BOX 71335
PHILADELPHIA, PA 19176-1335


PROTRADE CREDIT
PO BOX 105525
ATLANTA, GA 30348-5525


REMODEL MANAGEMENT LLC
1151 PROVIDENT LN STE A
ROUND ROCK, TX 78664


MAXWELL RUCKER
237 BENELLI DRIVE
HUTTO, TX 78634

STEARNS BANK LEASING
PO BOX 750
500 13TH STREET
ALBANY, MN 56307

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

U.S. SMALL BUSINESS
ADMINISTRATION
1545 HAWKINS BLVD 202
EL PASO, TX 79925

WELLS FARGO AUTO FINANCE
BANKRUPTCY DEPT
1100 CORPORATE CENTER DR. BLDG. A
FL 03
RALEIGH, NC 27607

WEX BANK
P.O. BOX 4337
CAROL STREAM, IL 60197

WINSTON WATER COLLER OF
AUSTIN, LTD
15605 TACON LANE
PFLUGERVILLE, TX 78660

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **MRUCKER INDUSTRIES, INC.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____06/29/2023_____    Signature _____    /s/ Maxwell Rucker

Maxwell Rucker, CEO